**NOT**
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
Kevin.smith@wilsonelser.com
Attorneys for Defendant
MAGGIANO'S HOLDING CORPORATION d/b/a MAGGIANO'S LITTLE ITALY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA DURAN, | CASE NO.: 2:12-cv-01479-JCM-VCF |
| Plaintiff, | |
| v. | |
| MAGGIANO'S LITTLE ITALY, MAGGIANO'S HOLDING CORPORATION, dba MAGGIANO'S LITTLE ITALY, and DOES I-XX, and ROE CORPORATIONS I-XX inclusive, | |
| Defendants. | |

**NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST**

TO: CLERK OF THE COURT; and

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant MAGGIANO'S HOLDING CORPORATION d/b/a MAGGIANO'S LITTLE ITALY, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and KEVIN S. SMITH ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel PAUL F. HOFMANN formerly of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is no longer attorney of record in this case. Defendant request that Mr. Hofmann be removed from the Court's electronic service list.

. . .

. . .

437639.1

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ. and KEVIN S. SMITH ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant MAGGIANO'S HOLDING CORPORATION d/b/a MAGGIANO'S LITTLE ITALY. The firm name, address, telephone number, and fax number will remain the same.

DATED this 24th day of October, 2012.

> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
>
> BY: _____
> KYM SAMUEL CUSHING, ESQ.
> Nevada Bar No. 4242
> KEVIN S. SMITH, ESQ.
> Nevada Bar No. 7184
> 300 South Fourth Street, 11th Floor
> Las Vegas, Nevada 89101
> 702.727.1400; FAX 702.727.1401
> Attorneys for Defendant MAGGIANO'S
> HOLDING CORPORATION
> d/b/a MAGGIANO'S LITTLE ITALY

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-25-2012

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 24 day of October, 2012 I electronically filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to all parties on file with the CM/ECF.

David D. Boehrer, Esq.
**David Boehrer Law Firm**
1481 W. Warm Springs Road, Suite 139
Henderson, NV 89014
702.750.0750; FAX 702.750.0751
Attorney for Plaintiff

BY: _____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

437639.1